UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- x
MALIK FRANCIS,

                Plaintiff

       - against -                  **ORDER ADOPTING REPORT AND RECOMMENDATION**

THE CITY OF NEW YORK, et al.,        17-CV-1583 (RJD) (LB)

                Defendants.
---------------------------------------------------------- x

DEARIE, District Judge

      There being no objections to Magistrate Judge Bloom's Report & Recommendation from February 21, 2019, as transcribed in ECF No. 44, regarding Plaintiff's application for attorney fees and costs, the Court adopts the Report & Recommendation in its entirety. Accordingly, the Court hereby grants in part and denies in part the Plaintiff's Motion for Attorney Fees and Cost, ECF No. 31, and directs the clerk to enter an amendment judgment reflecting Magistrate Judge Bloom's recommendation awarding Plaintiff a total of $31,839.11, with $30,390.25 in fees and $1,448.86 for costs.

SO ORDERED.

Dated: Brooklyn, New York
       March 13, 2019

                                            RAYMOND J. DEARIE
                                            United States District Judge